AO 245I (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 1 Revised by WAED - 06/16

# UNITED STATES DISTRICT COURT

Eastern District of Washington

OCT - 6 2026
SEAN F. MCAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA
v.
LAKOTA A. ANTOINE

**Judgment in a Criminal Case**
(For a Petty Offense)

Case No. 2:25-PO-119-JAG-1

USM No. N/A

Carter Powers Beggs
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded ☑ guilty ☐ nolo contendere to count(s) 1, 2, and 3

☐ **THE DEFENDANT** was found guilty on count(s) ______

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 2.38(b) | Use or Possession of Fireworks | 07/06/2025 | 1 |
| 36 CFR § 2.35(a)(2)(ii) | Minor in Possession of Alcohol | 07/06/2025 | 2 |
| 36 CFR § 2.13(a)(3) | Light a Fire in a Manner that Causes Damage or Results in Safety Hazard | 07/06/2025 | 3 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2249

Defendant's Year of Birth: 2005

City and State of Defendant's Residence:
Kettle Falls, WA

08/12/2026
Date of Imposition of Judgment

Signature of Judge

James A. Goeke Magistrate Judge, U.S. District Court
Name and Title of Judge

10/06/2026
Date

DEFENDANT: LAKOTA A. ANTOINE
CASE NUMBER: 2:25-PO-119-JAG-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment/Processing Fee | Fine | Restitution |
|---|---|---|---|
| TOTALS | $120.00 | $0.00 | $1,000.00 |

☐ The determination of restitution is deferred until ______ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| DNR-Northeast Region | $1,000.00 | $1,000.00 | 100% |
| TOTALS | $ 1,000.00 | $ 1,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the ☐ fine ☑ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or afte September 13, 1994, but before April 23, 1996.

DEFENDANT: LAKOTA A. ANTOINE
CASE NUMBER: 2:25-PO-119-JAG-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ ______________ due immediately, balance due

☐ not later than ______________________ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

B ☑ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☑ F below); or

C ☐ Payment in equal __________ (e.g., weekly, monthly, quarterly) installments of $ ___________ over a period of __________ (e.g., months or years), to commence _________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal __________ (e.g., weekly, monthly, quarterly) installments of $ ___________ over a period of __________ (e.g., months or years), to commence _________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of probation will commence within _________ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Defendant shall pay the mandatory $10 special penalty assessment (for each count), due immediately, to the CVB. The mandatory $30 CVB processing fee (for each count) shall be paid to the CVB. Check or money order shall be made payable to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363, or payable online at www.cvb.uscourts.gov. $1,000 restitution payments shall be made to U.S. District Court, Eastern District of Washington, 920 W. Riverside, Suite 840, Spokane, WA 99201, which will then be paid to Department of Natural Resources. Payments should be paid in full within 3 years.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the following address until monetary penalties are paid in full: Clerk, U.S. District Court, Attention: Finance, P.O. Box 1493, Spokane, WA 99210-1493.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: LAKOTA A. ANTOINE
CASE NUMBER: 2:25-PO-119-JAG-1

# PROBATION

The defendant is hereby sentenced to probation for a term of : 3 year(s)

Unsupervised Probation

## STANDARD CONDITIONS OF PROBATION

(1) The defendant shall not commit another federal, state or local crime.

(2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☑ The above drug testing is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

(3) ☐ The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers.) *(Check, if applicable.)*

(4) ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable, see 42 U.S.C. § 14135a(d)(all felonies, crimes under Ch. 109A, crimes of violence, and attempts or conspiracy to commit these crimes.))*

(5) ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (*42 U.S.C. § 16901, et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

(6) ☐ The defendant shall participate in an approved program for domestic violence if one exists within a 50-mile radius of defendant's legal residence. *(Check, if applicable, see 18 U.S.C. § 3583(d) for defendants convicted of a domestic violence crime defined in § 3561(b).)*

(7) If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fine, or special assessments.

## SPECIAL CONDITIONS OF PROBATION

1. Defendant is banned from entering the Bradbury Day Use Area to the Ricky Point Area for a term of 3 years.

2. Successfully complete an alcohol abuse evaluation within 6 months of issuance of Judgment. Defendant shall comply with all recommended treatment. Defendant to provide outcome of the alcohol abuse evaluation to U.S. Attorney's Office, with proof of compliance with recommended treatment, should treatment be recommended.

3. Defendant shall complete 120 hours of community service, preferably at the National Park Service; however, if not possible, at another natural resource area, to be completed during the 3 years of probation. An accounting of his hours should be provided to this Court and the U.S. Attorney's Office, yearly. Defendant must complete at least 40 hours of community service each year. Defendant shall have no affiliations with the community service organization(s) chosen.

4. Defendant shall obey all laws and will not commit any new violation of federal, tribal, state, or local law to include no violation of any National Park Service rules/regulations.

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OCT - 6 2026
SEAN F. MCAVOY, CLERK
SPOKANE, WASHINGTON

DEFENDANT: LAKOTA A. ANTOINE

CASE NUMBER: 2:25-PO-119-JAG-1

DISTRICT: Eastern District of Washington

**Judgment in a Criminal Case Personal Identification Attachment**
(Not For Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 06/13/2005

Defendant's Residential Address : 1059 Toma Way
Kettle Falls, WA 99141

Defendant's Mailing Address :
*(if different)*